17922

The STATE, Respondent, v. James FIELDS, *et al.*, Appellants. The STATE, Respondent, v. Bobbie J. GILCHRIST, *et al.*, Appellants. The STATE, Respondent, v. Marie GRAHAM, *et al.*, Appellants. The STATE, Respondent, v. Eula M. WITHERSPOON, *et al.*, Appellants. The STATE, Respondent, v. Alvin HEATLEY, *et al.*, Appellants. The STATE, Respondent, v. Joseph C. BROWN, *et al.*, Appellants. The STATE, Respondent, v. Frances E. DAVENPORT, *et al.*, Appellants.

(131 S. E. (2d) 91)

*Messrs. Jenkins & Perry,* of Columbia, and *W. Newton Pough,* of Orangeburg, *for Appellants.*

*Messrs. Daniel R. McLeod, Attorney General,* and *Everett N. Brandon, Assistant Attorney General,* of Columbia, and *Julian S. Wolfe, Solicitor,* of Orangeburg, *for Respondent.*

May 14, 1963.

PER CURIAM.

The mandate of the United States Supreme Court in this case, 372 U. S. 522, 83 S. Ct. 887, vacated the judgment of this Court and further provided "that this cause be remanded to the Supreme Court of the State of South Carolina for consideration in light of *Edwards v. South Carolina,* 372 U. S. 229, 83 S. Ct. 680, 9 L. Ed. (2d) 697."

Pursuant thereto, we have considered this cause in the light of *Edwards v. South Carolina* and adhere to and affirm the judgment of this Court 240 S. C. 366, 126 S. E. (2d) 6, for the reasons stated in our opinion in *State v. Brown,* 240 S. C. 357, 126 S. E. (2d) 1.